AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
|---|---|
| v. | ) Case No. 20-cr-00153-RBJ-2 |
| CARLOS FONG ECHAVARRIA | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CARLOS FONG ECHAVARRIA ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to import a controlled substance in violation of 21 U.S.C. § 963
Importation of a controlled substance in violation of 21 U.S.C. §§ 959(a), 960(a)(3), and 960(b)(1)(A) and (b)(3)
Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846
Conspiracy to launder money in violation of 18 U.S.C. § 1956(h)
Money laundering in violation of 18 U.S.C. § 1956(a)(2)(A) & (a)(2)(B)(i)

Date: 06/02/2020

s/A. Thomas, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |