AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 20-cr-00153-RBJ |
| CARLOS FONG ECHAVARRIA | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CARLOS FONG ECHAVARRIA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to import a controlled substance in violation of 21 U.S.C. § 963
Importation of a controlled substance in violation of 21 U.S.C. §§ 959(a), 960(a)(3), and 960(b)(1)(A) and (b)(3)
Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846
Conspiracy to launder money in violation of 18 U.S.C. § 1956(h)
Money laundering in violation of 18 U.S.C. § 1956(a)(2)(A) & (a)(2)(B)(i)

Date: 7/8/2020

S/A. Pesanti
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk U.S. District Court
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. | |
| Date: _____ | Arresting officer's signature _____ |
| | Printed name and title _____ |