AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2021 AUG 20  AM 8:34
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

| United States of America | ) |
| v. | ) |
|  | ) Case No. 20-cr-00153-RBJ-2 |
| CARLOS FONG ECHAVARRIA | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   CARLOS FONG ECHAVARRIA,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to import a controlled substance in violation of 21 U.S.C. § 963
Importation of a controlled substance in violation of 21 U.S.C. §§ 959(a), 960(a)(3), and 960(b)(1)(A) and (b)(3)
Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846
Conspiracy to launder money in violation of 18 U.S.C. § 1956(h)
Money laundering in violation of 18 U.S.C. § 1956(a)(2)(A) & (a)(2)(B)(i)

Date:   06/02/2020                                    s/A. Thomas, Deputy Clerk
                                                      *Issuing officer's signature*

City and state:   Denver, Colorado                    Jeffrey P. Colwell, Clerk of Court
                                                      *Printed name and title*

### Return

This warrant was received on *(date)* 6/2/2020, and the person was arrested on *(date)* 8/15/2021
at *(city and state)* Denver, CO.

Date: 8/17/2021                                       Ben B_____
                                                      *Arresting officer's signature*

                                                      Ben Betancourt Special Agent
                                                      *Printed name and title*