IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-00153-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. CARLOS FONG ECHAVARRIA,**

    **Defendant.**

_____

## NOTICE OF APPEARANCE
_____

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender

    s/ *Timothy P. O'Hara*
    TIMOTHY P. O'HARA
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Email:  timothy_ohara@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on August 23, 2021, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Andrea Surratt
    Assistant U.S. Attorney
    Email:  Andrea.Surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Carlos Fong Echavarria     (U.S. Mail)

                                        s/ *Timothy P. O'Hara*
                                        TIMOTHY P. O'HARA
                                        Assistant Federal Public Defender
                                        633 Seventeenth Street, Suite 1000
                                        Denver, Colorado  80202
                                        Telephone:  (303) 294-7002
                                        FAX:  (303) 294-1192
                                        Email:  timothy_ohara@fd.org
                                        Attorney for Defendant