IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00153-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2.    CARLOS FONG ECHAVARRIA,**

    **Defendant.**

---

### UNOPPOSED MOTION TO CONTINUE THE MOTIONS DEADLINE

---

MR. CARLOS FONG ECHAVARRIA, by and through his attorney, Timothy P. O'Hara, respectfully requests that the deadline for filing pretrial motions be extended by four days, from April 25, 2022, until April 29, 2022. The request is unopposed by the government.

1.    On January 24, 2022, undersigned counsel filed "Defendant's Second Unopposed Motion to Exclude One Hundred Twenty (120) Days from the Speedy Trial Calculation," requesting an exclusion of time under the Speedy Trial Act and an extension of the deadline for filing pretrial motions. *See* Doc. 28. As noted in the Second Unopposed Motion, the present case should be considered complex due to the amount of discovery and complex nature of the case. *See id.* at p. 4.

2.    On January 25, 2022, the Court granted the aforementioned Unopposed Motion [Doc. 28] and reset the deadlines/dates. *See* Doc. 29. The Court set the new Motions

1

Deadline for April 25, 2022, and a Status Conference for May 11, 2022.  *See id.*  No trial date is currently set.

3. Undersigned counsel requires additional time to review the discovery materials and consult with Mr. Echavarria.  Undersigned counsel intends on filing a third motion to exclude time from the speedy trial calculation.

4. Undersigned counsel requests that the deadline for filing pretrial motions be extended by a period of four days, or until April 29, 2022.  This will allow undersigned counsel additional time to consult with Mr. Echavarria about the plan going forward and to ensure that he has no objection to an additional extension of the speedy trial deadline.

5. Undersigned counsel advised counsel for the government of the present request and she has no objection.

WHEREFORE, undersigned counsel requests that the current deadline for filing pretrial motions be extended from April 25, 2022, until April 29, 2022.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ *Timothy P. O'Hara*
TIMOTHY P. O'HARA
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  timothy_ohara@fd.org
Attorney for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2021, I electronically filed the foregoing **UNOPPOSED MOTION TO CONTINUE THE MOTIONS DEADLINE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Andrea Surratt
    Assistant U.S. Attorney
    Email: Andrea.Surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Carlos Fong Echavarria    (U.S. Mail)

    s/ *Timothy P. O'Hara*
    TIMOTHY P. O'HARA
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Email: timothy_ohara@fd.org
    Attorney for Defendant