IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-00153-RBJ-2

UNITED STATES OF AMERICA,

  Plaintiff,

v.

2. **CARLOS FONG ECHAVARRIA,**

  **Defendant.**

## NOTICE OF DISPOSITION

  MR. CARLOS FONG ECHAVARRIA, by and through counsel, Timothy P. O'Hara, Assistant Federal Public Defender, hereby notifies this Honorable Court that a disposition has been reached in this case with the government. The parties are requesting permission to contact the Court to schedule a Change of Plea Hearing

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender

        s/ *Timothy P. O'Hara*
        TIMOTHY P. O'HARA
        Assistant Federal Public Defender
        633 Seventeenth Street, Suite 1000
        Denver, Colorado  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Timothy_OHara@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2022, I electronically filed the foregoing

## NOTICE OF DISPOSITION

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

>Andrea Surratt
>Assistant United States Attorney
>Email: Andrea.Surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

>Mr. Carlos Fong Echavarria (U.S. Mail)

>s/ *Timothy P. O'Hara*
>TIMOTHY P. O'HARA
>Assistant Federal Public Defender
>633 Seventeenth Street, Suite 1000
>Denver, Colorado  80202
>Telephone:  (303) 294-7002
>FAX:  (303) 294-1192
>Timothy_OHara@fd.org
>Attorney for Defendant