IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Criminal Action: | 20-cr-00153-RBJ | Date: August 10, 2020 |
|---|---|---|
| Courtroom Deputy: | Sabrina Grimm | Court Reporter: Sarah Mitchell |
| Interpreter: | Bety Ziman | Probation: N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA,<br>**Plaintiff** | *Andrea Surratt* |
| v. | |
| 2. CARLOS FONG ECHAVARRIA,<br>**Defendant** | *Timothy O'Hara* |

## COURTROOM MINUTES

**CHANGE OF PLEA HEARING**

Court in session: 8:31 a.m.

Appearances of counsel.

Defendant is present in custody.

The Plea Agreement (Court Exhibit 1), Spanish Translation of the Plea Agreement (Court Exhibit 1A), Defendant's Statement in Advance of Plea of Guilty (Court Exhibit 2), Spanish Translation of Defendant's Statement in Advance of Plea of Guilty (Court Exhibit 2A), Court Exhibit 3, and Court Exhibit 3A are tendered to the Court.

Defendant is sworn.

Defendant's right to trial by jury and other constitutional rights explained.

Factual basis for the plea stated.

Defendant advised of maximum penalties, sentencing guidelines and appeal rights.

Defendant enters plea of guilty to Counts 3 and 4 of the Superseding Indictment pursuant to the plea agreement.

The Court finds that the defendant has knowingly, intelligently, and voluntarily entered a plea of guilty.

**ORDERED**: **The plea of guilty to Counts 3 and 4 of the Superseding Indictment entered by the defendant is accepted, the defendant is found guilty of the crime charged.**

**The Probation Department shall conduct a presentence investigation and file a presentence report as required by 18 U.S.C. § 3552 and Fed.R.Crim.P. 32.**

**Sentencing is set for November 16, 2022 at 1:30 p.m. before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.**

**The defendant is remanded to the custody of the United States Marshal.**

Court in Recess: 8:51 a.m.		Hearing concluded.		Total time in Court: 00:20