**EN EL TRIBUNAL FEDERAL DE PRIMERA INSTANCIA**
**DEL DISTRITO DE COLORADO**

Nro. de Causa Penal 20-cr-00153-RBJ

LA FISCALÍA FEDERAL DE EEUU,

    Parte Acusatoria,

contra

2.    **CARLOS FONG ECHAVARRIA,**

    El Imputado.

---

| **DECLARACIÓN DEL IMPUTADO EN ANTELACIÓN A SU RECONOCIMIENTO DE CULPABILIDAD** |
|---|

---

    Reconozco y certifico que se me han informado y entiendo los siguientes hechos y derechos, que toda la información incluida en este documento es verdadera y correcta y que mi defensor me ha ayudado a revisar y a llenar el mismo.

    1.    Mi defensor me ha explicado la naturaleza de las acusaciones en mi contra. He tenido la oportunidad de hablar con él, tanto de la naturaleza de la acusación como de los elementos que la Fiscalía Federal tiene la obligación de probar.

    2.    Sé que cuando el Juez me imponga la pena, tendrá en cuenta numerosos factores. Estos están enumerados en el artículo 3553 del Capítulo 18 del Código Federal, e incluyen (a) la naturaleza y las circunstancias del ilícito y mi historial y cualidades personales, (b) la necesidad de que la pena refleje la gravedad del ilícito, que promueva respeto a la ley, que castigue justamente al delito, que disuada la conducta delictiva, que proteja al público y me brinde capacitación, asistencia y tratamiento correccional necesarios de la manera más efectiva, (c) los tipos de condenas que el Juez tiene a su disposición, (d) las pautas recomendadas de penas

1

COURT EXHIBIT 2A

establecidas por el Comité de Sentencias de los EEUU, (e) las declaraciones de políticas pertinentes de dicho Comité, (f) la necesidad de evitar la disparidad entre las penas impuestas a imputados con antecedentes penales similares que han sido hallados culpable de conductas similares y (g) la necesidad de reparar el daño. Ninguno de estos factores es determinante o decisivo. Reconozco que es posible que después de que el Juez tome en cuenta todos estos factores, él me podría imponer una pena severa en mi causa que incluya una que sea un período máximo de prisión, la multa máxima, la reparación completa del daño (si aplicara), un período máximo de libertad vigilada y un recargo especial, como se establecen en el párrafo 3 a continuación.

3. Sé que las siguientes, son las sanciones máximas a imponerme como resultado de mi declaración de culpable a Puntos Acusatorios Tres y Cuatro del Escrito de Acusación que me imputa de quebrantar los artículos § 846 del Capítulo 21 y § 1956(h) del Capítulo 18 del Código Federal:

Punto Acusatorio 3 (21 U.S.C. § 846)

a. una pena mínima de 10 años de prisión y que no exceda de cadena perpétua,

b. un período mínimo de libertad vigilada de 5 años, y que no exceda de por vida de libertad vigilada, conforme al § 3583 del Cap. 18 del Código Fed.

c. una multa que no exceda de $100,000,000 o el doble de las ganancias o pérdidas provenientes de la comisión del delito, conforme a la ley que reconozco que he quebrantado y/o a la tabla alternativa de multas establecidas en el 18 U.S.C. § 3571.

d. la reparación del daño a la víctima de mis delitos por un monto que no exceda de $ N/A conforme al 18 U.S.C. § 3663, 3663A y 3664.

e. un recargo especial de $100 conforme al 18 U.S.C. § 3013.

2

<u>Punto Acusatorio 4 (18 U.S.C. § 1956(h))</u>

    a.    una pena máxima de 20 años de prisión

    b.    un período máximo de libertad vigilada de 3 años, y que no exceda de por vida de libertad vigilada, conforme al § 3583 del Cap. 18 del Código Fed.

    c.    una multa que no exceda de $250,000.00 o el doble de las ganancias o pérdidas provenientes de la comisión del delito, conforme a la ley que reconozco que he quebrantado y/o a la tabla alternativa de multas establecidas en el 18 U.S.C. § 3571.

    d.    la reparación del daño a la víctima de mis delitos por un monto que no exceda de $ <u>N/A</u> conforme al 18 U.S.C. § 3663, 3663A y 3664.

    e.    un recargo especial de $100 conforme al 18 U.S.C. § 3013.

4.    Se que, si me condenan por más de un punto acusatorio, me podrían imponer penas de privación de libertad de manera simultánea (a cumplir a la misma vez) o sucesivas (a cumplir por separado o una detrás de la otra), a menos que la pena estatutaria por un delito de condena exija expresamente que la pena a imponer haya de cumplirse de manera sucesiva.

5.    Sé que además de todas las sanciones que el Juez me pueda imponer, habrá repercusiones adicionales por mis declaraciones de culpable de un delito. El Juez ni las impone ni tiene autoridad en cuanto a ellas. Por ejemplo, si me declaro culpable, esto podrá resultar en la pérdida de garantías constitucionales, incluidas, pero no limitadas al derecho a poseer armas de fuego, a ejercer sufragio, a ser funcionario público y a formar parte de un jurado. Y si no soy ciudadano estadounidense, estas repercusiones podrían incluir mi deportación de EEUU o la reclusión indefinida si no existe algún país al que puedan deportarme, que me denieguen el derecho de entrar a EEUU en el futuro y la posibilidad de obtener la ciudadanía estadounidense.

6. Sé que, si me impusieran un período de libertad vigilada como parte de mi condena, éste comenzaría a contar después de mi excarcelación, con relación a todos los períodos de reclusión que impongan éste y cualquier otro tribunal. Entiendo que todo incumplimiento a las medidas cautelares de la libertad vigilada durante dicho período podrá conllevar a la imposición de una pena de prisión adicional y a otro período de libertad vigilada.

7. Sé que no existe la libertad preparatoria en el sistema federal y que tendré la obligación de cumplir la pena de prisión impuesta en mi causa en su totalidad, que solo podrá reducirse por buena conducta y/o por permisos que establezca el Congreso y que aplique la Oficina Federal de Prisiones.

8. Sé que, si me imponen una multa o la reparación del daño como parte de mi condena, tendré la obligación de pagar intereses por cualquier monto de más de $2,500, a menos que éstas se hayan pagado en su totalidad antes del decimoquinto día después de la sentencia o a menos que el Juez me exima del pago de los intereses.

9. Sé que, si me imponen una multa o la reparación del daño como parte de mi condena, tendré que pagarla a tiempo. El no hacerlo, podrá desencadenar sanciones monetarias, cobranzas por parte de la Fiscalía, la posible revocatoria de todo período de régimen probatorio o de libertad vigilada, y/o exponerme a un proceso judicial por "estar en mora por no efectuar pagos relacionados a una causa penal" según el artículo 3615 del Capítulo 18 del Código Federal.

10. Sé que tengo el derecho de que me represente un defensor durante todas las etapas del proceso en esta causa y sé que, si no tengo los medio para contratar uno, se me nombrará uno de oficio, o sea, sin costo alguno para mí.

11. Sé que cuento con el derecho de declararme "inocente" y sé que, si lo hago, puedo mantener esa declaración de "inocente" y exigir un juicio oral.

12. Sé que tengo el derecho de exigir un juicio oral con jurado y que si decido proceder a un juicio oral:

   a. Tengo el derecho a la asistencia de un abogado durante todas las etapas del proceso,

   b. Tengo el derecho de ver y de observar a los testigos de cargo,

   c. Mi defensor podrá contrainterrogar a todos los testigos de cargo,

   d. Puedo convocar y presentar a aquellos testigos que considere pertinentes si lo deseo y puedo obtener citatorios judiciales que los obligue a comparecer y a testificar,

   e. Si no tengo los medios económicos para pagar los gastos y costos de los testigos, que la Fiscalía Federal los cubrirá, incluido las millas y los gastos de viaje, incluido los costos razonables que facturen los peritos,

   f. No me pueden obligar a incriminarme a mí mismo ni a testificar en juicio oral alguno,

   g. No obstante, puedo testificar en mi juicio oral si así lo decido y no tengo que tomar esta decisión hasta después de haber escuchado todo acerca de las pruebas que la Fiscalía Federal tiene en mi contra,

   h. Si decido no testificar en el juicio oral, se les informará a los miembros del jurado que no pueden llegar a la conclusión de que soy culpable ni a llegar a un veredicto adverso contra mí si decido no hacerlo,

   i. Con el fin de que se me condene, la Fiscalía Federal deberá probar todos y cada uno de los elementos del ilícito del que me acusa sin que quepa duda razonada,

   j. Con el fin de que se me condene, el jurado deberá llegar a un veredicto unánime, lo que significa que todos los miembros del jurado deben estar de acuerdo en que yo soy culpable y,

   k. Si se me condenara, más adelante podría apelar tanto la condena como la pena que el Juez pueda imponerme, y si no tengo los medios para pagar los gastos de la apelación, que el gobierno cubriría esos costos, incluido el costo de un abogado de oficio.

13.     Sé que si me declaro culpable no habrá juicio alguno.

14.     Sé que si me declaro culpable no habrá una revisión de apelación en cuanto a si soy culpable o no del delito al cual me declaré culpable.

15.     Sé que los términos de mi convenio resolutorio con la Fiscalía Federal contienen una renuncia a mi derecho a la apelación. Debido a esto, sé que no puedo pedir revisión en apelación de (1) la pena impuesta por el Juez en este caso, (2) la negación de un pedimento formulado bajo el art. 3582(c)(1)(A), o (3) una pena impuesta de dentro o por debajo de la escala de las Pautas al revocarse la libertad vigilada, salvo en algunas circunstancias limitadas que permita mi convenio resolutorio.

16.     No se ha llegado a acuerdo alguno ni se me ha prometido una condena específica en esta causa, excepto aquellas que están pormenorizadas explícitamente en el documento titulado "Convenio Resolutorio", el cual hemos firmado tanto la Fiscalía como yo. Entiendo además que el Juez no tiene la obligación de aceptar todos los acuerdos y estipulaciones en cuanto a la pena en dicho documento.

17.     El único acuerdo al que se ha llegado con la Fiscalía es el que se expone en el documento titulado "Convenio Resolutorio" que tanto yo como la Fiscalía Federal hemos firmado y que se incorpora en el presente como referencia.

18.     Entiendo que el Juez no tomará una decisión en cuanto a mi pena hasta que se redacte un Informe Precondenatorio por parte de la Agencia del Régimen a Prueba y hasta que el Juez lo haya recibido y estudiado.

19. Sé que cuando me declare culpable, el Juez me podrá hacer preguntas bajo juramento acerca del delito al cual me voy a declarar culpable. Si se me hacen preguntas de manera oficial y con mi defensor presente, debo responderlas y si presto testimonio falso podría procesárseme por perjurio.

20. Sé que tengo el derecho de hacerle preguntas al Juez, si las tuviera, con respecto a mis derechos, a estas diligencias y a mi contestación en cuanto a las acusaciones.

21. Tengo 34 años. Mi escolaridad es_____. No entiendo inglés. No estoy tomando medicamentos que interfieran en mi capacidad de entender las diligencias en esta causa o que puedan tener un efecto o afecten mi capacidad de decidir declararme culpable o no.

22. Excepto las promesas que me ha dado la Fiscalía Federal descritas en el documento titulado "Convenio Resolutorio", no he recibido otras promesas ni amenazas de ninguna otra índole que me obliguen o me persuadan a declararme culpable en esta causa.

23. Nadie me ha prometido que recibiré una pena de régimen probatorio, arresto domiciliario u otra pena específica que desee a cambio de declararme culpable.

24. He tenido amplia oportunidad de hablar de la causa y de mi intención de declararme culpable con mi defensor. No deseo volver a consultar con mi defensor antes de presentar mi declaración de culpable.

25. Estoy satisfecho con los servicios de mi defensor. Creo que me ha representado de manera eficaz y competente en esta causa.

26. He tomado la decisión de presentar mi declaración de culpable después de analizarlo detenidamente, con la asesoría de mi defensor y comprendiendo totalmente mis derechos, los hechos y las circunstancias de la causa y las posibles repercusiones de mi declaración de culpable. No me encontraba bajo los efectos de droga, medicamento o bebida embriagante alguna que afectara mi capacidad de tomar decisiones cuando decidí presentar mi declaración de culpable. En este momento no me encuentro bajo los efectos de dichas drogas, medicamentos o bebidas embriagantes.

27. Quiero declararme culpable y no me quedan dudas de que esa es mi decisión.

28. El resumen de hechos expuestos en el documento titulado "Convenio Resolutorio" es verdadero y correcto en lo que a mi conducta se refiere, excepto como lo haya indicado en ese documento.

29. Sé que tengo la libertad de modificar o borrar cualquier comentario incluido en este documento y que puedo enumerar mis oposiciones y desacuerdos con respecto a cualquier comentario del documento titulado "Convenio Resolutorio". Acepto ambos documentos como están actualmente redactados.

30. Es mi deseo declararme culpable a los siguientes puntos acusatorios: los Puntos Acusatorios Tres y Cuatro del Escrito de Acusación que me imputa de quebrantar los artículos § 846 del Capítulo 21 y § 1956(h) del Capítulo 18 del Código Federal:

Fecha: __10__ de __agosto__ de 2022

_____
CARLOS FONG ECHAVARRIA
Imputado

Certifico que he repasado este documento y el documento titulado "Convenio Resolutorio" con el imputado. Certifico que le he explicado al imputado todos sus derechos y lo he ayudado a llenar este formulario. Es mi criterio que el imputado comprende sus derechos y esta declaración.

Fecha: __10__ de __Agosto__ de 2022.

_____
TIMOTHY P. O'HARA
Abogado del imputado

*Translated by Patrick O'Connor, Federally Certified Court Interpreter, staff Interpreter for the Federal Public Defender of Colorado and Wyoming, on May 11, 2022.*