IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00153-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DANIELE PULIA, and
2.    **CARLOS FONG ECHAVARRIA,**

    Defendants.

---

## UNOPPOSED MOTION TO CONTINUE THE SENTENCING HEARING

---

MR. CARLOS FONG ECHAVARRIA, by and through his attorney, Timothy P. O'Hara, respectfully requests that the Sentencing Hearing be continued for 60 days. The request is unopposed by the government.

1.    On June 2, 2020, the government filed a five-count Indictment, alleging that Mr. Echavarria, along with his co-defendant Daniele Pulia, committed various federal criminal offenses, including violations of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(i), 841(b)(1)(C), 846, 959(a), 960(a)(3), 960(b)(1)(A), 960(b)(3), and 18 U.S.C. §§ 2, 1956(h), 1956(a)(2)(A), 1956(a)(2)(B)(i). *See* Doc. 1.

2.    On August 17, 2021, Mr. Echavarria was arrested in the District of Colorado and made his Initial Appearance before the Honorable United States Magistrate Judge S. Kato Crews. *See* Doc. 11.

1

3. On June 27, 2022, undersigned counsel filed a Notice of Disposition, advising the Court that the parties had reached a disposition. *See* Doc. 25.

4. On August 10, 2022, the parties appeared before the Court for the Change of Plea Hearing. At that time, the Court set the Sentencing Hearing for November 16, 2022. *See* Doc. 37.

5. Additional time is needed for two principal reasons: 1) to gather necessary mitigation-related information and 2) to complete the presentence investigation interview and report.

6. First, more time is needed to gather mitigation evidence. The present case represents Mr. Echavarria's first criminal case and there is a substantial amount of mitigation-related information that undersigned counsel intends on presenting to the Court on his behalf. A majority of that information will come from Mexico and will need to be translated.

7. Second, undersigned counsel coordinated a time to conduct the Presentence Investigation Interview with the United States Probation Department and Mr. Echavarria, but due to a conflict with a Detention Hearing set in a new case, the interview had to be cancelled and rescheduled to a date outside the period allowed for disclosure of the report. A new date has been agreed upon in mid-October.

8. Undersigned counsel advised counsel for the government of the present request and she has no objection to a 60-day continuance of the Sentencing Hearing.

WHEREFORE, undersigned counsel requests that the Sentencing Hearing currently set for November 16, 2022, be vacated and continued to a date in mid-January 2023.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ *Timothy P. O'Hara*
TIMOTHY P. O'HARA
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: timothy_ohara@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2022, I electronically filed the foregoing

**UNOPPOSED MOTION TO CONTINUE THE SENTENCING HEARING**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

    Andrea Surratt
    Assistant U.S. Attorney
    Email: Andrea.Surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Carlos Fong Echavarria    (U.S. Mail)

                                    s/ *Timothy P. O'Hara*
                                    TIMOTHY P. O'HARA
                                    Assistant Federal Public Defender
                                    633 Seventeenth Street, Suite 1000
                                    Denver, Colorado  80202
                                    Telephone:  (303) 294-7002
                                    FAX:  (303) 294-1192
                                    Email:  timothy_ohara@fd.org
                                    Attorney for Defendant