IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-00153-RBJ-2

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     DANIELE PULIA, and
2.     **CARLOS FONG ECHAVARRIA,**

       **Defendants.**

---

### UNOPPOSED MOTION TO RESTRICT ACCESS

---

MR. CARLOS FONG ECHAVARRIA, by and through counsel, Timothy P. O'Hara, Assistant Federal Public Defender, respectfully requests Document Nos. 46 and 47 be restricted at Level 2.

                                Respectfully submitted,

                                VIRGINIA L. GRADY
                                Federal Public Defender

                                s/ *Timothy P. O'Hara*
                                TIMOTHY P. O'HARA
                                Assistant Federal Public Defender
                                633 Seventeenth Street, Suite 1000
                                Denver, Colorado  80202
                                Telephone:  (303) 294-7002
                                FAX:  (303) 294-1192
                                Timothy_OHara@fd.org
                                Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2023, I electronically filed the foregoing

**UNOPPOSED MOTION TO RESTRICT ACCESS**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

    Andrea Surratt
    Assistant United States Attorney
    Email: Andrea.Surratt@usdoj.gov

    s/ *Timothy P. O'Hara*
    TIMOTHY P. O'HARA
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Timothy_OHara@fd.org
    Attorney for Defendant