IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-00153-RBJ-2

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2.     **CARLOS FONG ECHAVARRIA,**

       **Defendant.**

## UNOPPOSED MOTION TO RESTRICT ACCESS

MR. CARLOS FONG ECHAVARRIA, through counsel, Timothy P. O'Hara, Assistant Federal Public Defender, respectfully requests Document Nos. 56 and 57 be restricted at Level 2.

                Respectfully submitted,

                VIRGINIA L. GRADY
                Federal Public Defender

                s/ *Timothy P. O'Hara*
                TIMOTHY P. O'HARA
                Assistant Federal Public Defender
                633 Seventeenth Street, Suite 1000
                Denver, Colorado  80202
                Telephone:  (303) 294-7002
                FAX:  (303) 294-1192
                Timothy_OHara@fd.org
                Attorney for Mr. Echavarria

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2023, I electronically filed the foregoing

**UNOPPOSED MOTION TO RESTRICT ACCESS**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

    Andrea Surratt
    Assistant United States Attorney
    Email: Andrea.Surratt@usdoj.gov

    s/ Timothy P. O'Hara
    TIMOTHY P. O'HARA
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Timothy_OHara@fd.org
    Attorney for Mr. Echavarria