IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 20-cr-00153-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS FONG ECHAVARRIA

    Defendant.

_____

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENTS NO. 60 AND 61**
_____

    The United States of America, by District of Colorado United States Attorney Cole Finegan, through Assistant United States Attorney Andrea Surratt, respectfully moves to restrict Document No. 60, any order revealing the sensitive contents of that document, and the brief filed in support of this motion (Doc. No. 61), for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" restriction which would make the document, any order revealing the contents of that document, and the brief filed in support of this motion, "viewable by selected parties & Court" only.

Dated this 4th day of April, 2023.

          Respectfully submitted,

          COLE FINEGAN
          United States Attorney


     By: *s/ Andrea Surratt*
        Andrea Surratt
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California St., Suite 1600
        Denver, CO 80202
        Telephone: (303) 454-0100
        e-mail: Andrea.Surratt@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of April, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

                        *s/Portia Peter*
                        Legal Assistant
                        United States Attorney's Office
                        1801 California Street, Suite 1600
                        Denver, CO 80202
                        Telephone: 303-454-0100
                        Email: Portia.peter@usdoj.gov