IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00153-RBJ-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2.    CARLOS FONG ECHAVARRIA,**

    **Defendant.**

---

## UNOPPOSED MOTION TO CONTINUE THE DEADLINE FOR SENTENCING RELATED MOTIONS

---

MR. CARLOS FONG ECHAVARRIA, through his attorney, Timothy P. O'Hara, respectfully requests that the deadline for filing sentencing related motions be extended by one business day, from April 7, 2023, until April 10, 2023. The request is unopposed by the government.

1.    On August 10, 2022, Mr. Fong-Echavarria appeared before this Honorable Court for a Change of Plea Hearing. *See* Doc. 37. He entered pleas of guilty to Counts Three and Four of the Superseding Indictment pursuant to the Plea Agreement [Doc. 38]. *See id.* The Court set the Sentencing Hearing for November 16, 2022. *See id.*

2.    The Sentencing Hearing was later reset until April 21, 2023.

3.    Based on the date for the Sentencing Hearing and the Local Rule D.C. Colo. LCrR 32.1(c), Motions for Departure or Variance shall be filed within 14 days of sentencing, i.e., by April 7, 2023.

1

4.  Undersigned counsel tried to complete the Motion for Variant Sentence by the deadline but he requires one extra business day to complete it. Undersigned counsel must consult with Mr. Fong-Echavarria, who is in custody at the Federal Detention Center in Englewood, Colorado, about the Motion to ensure its accuracy and to discuss recent developments in the guidelines. Specifically, the mitigation is significant and undersigned counsel wants to make sure that it is presented to the Court in a manner that is acceptable to Mr. Fong-Echavarria. And undersigned counsel learned of recently adopted amendments to the sentencing guidelines that will go into effect in November of 2023[1] that, if applied to the present case, likely would reduce the guideline range. Undersigned counsel wants to discuss the impact of these preliminary amendments on his case.

5.  Undersigned counsel has a legal call scheduled with Mr. Fong-Echavarria for Monday April 10, 2023. It is anticipated that the Motion will be filed that day after speaking to him.

6.  Undersigned counsel advised counsel for the government of the present request and she has no objection.

---

[1] On April 5, 2023, the United States Sentencing Commission published its Preliminary Amendments to the Sentencing Guidelines, one of which relates to defendants with zero criminal history points, like Mr. Fong-Echavarria.

WHEREFORE, undersigned counsel requests that the deadline for filing pretrial motions be extended from April 7, 2023, until April 10, 2023.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender

    s/ *Timothy P. O'Hara*
    TIMOTHY P. O'HARA
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Email:  timothy_ohara@fd.org
    Attorney for Mr. Fong-Echavarria

**CERTIFICATE OF SERVICE**

I certify that on April 7, 2023, I electronically filed the foregoing:

**UNOPPOSED MOTION TO CONTINUE THE DEADLINE FOR SENTENCING RELATED MOTIONS**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

   Andrea Surratt
   Assistant U.S. Attorney
   Email:  Andrea.Surratt@usdoj.gov

                             s/ *Timothy P. O'Hara*
                             TIMOTHY P. O'HARA
                             Assistant Federal Public Defender
                             633 Seventeenth Street, Suite 1000
                             Denver, Colorado  80202
                             Telephone:  (303) 294-7002
                             FAX:  (303) 294-1192
                             Email:  timothy_ohara@fd.org
                             Attorney for Mr. Fong-Echavarria