IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-00153-RBJ-2

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2.      **CARLOS FONG ECHAVARRIA,**

       **Defendant.**

---

## UNOPPOSED MOTION TO RESTRICT ACCESS

---

MR. CARLOS FONG ECHAVARRIA, through counsel, Timothy P. O'Hara, Assistant Federal Public Defender, respectfully requests Document Nos. 70 and 71 be restricted at Level 2.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender

       s/ *Timothy P. O'Hara*
       TIMOTHY P. O'HARA
       Assistant Federal Public Defender
       633 Seventeenth Street, Suite 1000
       Denver, Colorado 80202
       Telephone: (303) 294-7002
       FAX: (303) 294-1192
       Timothy_OHara@fd.org
       Attorney for Mr. Fong-Echavarria

**CERTIFICATE OF SERVICE**

I certify that on April 10, 2023, I electronically filed the foregoing

**UNOPPOSED MOTION TO RESTRICT ACCESS**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

    Andrea Surratt
    Assistant United States Attorney
    Email: Andrea.Surratt@usdoj.gov

    s/ *Timothy P. O'Hara*
    TIMOTHY P. O'HARA
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Timothy_OHara@fd.org
    Attorney for Mr. Fong-Echavarria