IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00153-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS FONG ECHAVARRIA,

    Defendant.

## GOVERNMENT'S RULE 48 MOTION TO DISMISS COUNTS

    The United States of America, by and through undersigned counsel, and in accordance with the plea agreement in this matter, hereby files the Government's Fed. R. Crim. P. 48(a) Motion to Dismiss Counts as to defendant CARLOS FONG ECHAVARRIA in the above-captioned matter.  As grounds therefore, the Government respectfully states to the Court as follows:

    1.    On August 10, 2022, the defendant pled guilty to Counts Three and Four of superseding indictment 20-cr-153-RBJ pursuant to the terms enumerated in a written plea agreement.  [ECF #37-38].  Sentencing is scheduled for April 21, 2023.  [ECF #55].

    2.    In accordance with the negotiated terms as contained within the plea agreement, the Government moves to dismiss the remaining counts of superseding indictment 20-cr-153-RBJ as to this defendant.   Specifically, the Government moves to dismiss Counts One, Two, and Five as to this defendant only.

3. The Government respectfully requests that the Court grant the Government's Motion to Dismiss immediately following the imposition of sentence and entry of judgment of conviction as to the defendant.

WHEREFORE, as outlined herein, the United States respectfully moves for the dismissal of the remaining counts of superseding indictment 20-cr-153-RBJ as to defendant CARLOS FONG ECHAVARRIA at the time of sentencing in the above-captioned matter.

Respectfully submitted this 21st day of April, 2023.

        COLE FINEGAN
        United States Attorney

By:   *s/ Andrea Surratt*
      Andrea Surratt
      Assistant United States Attorney
      U.S. Attorney's Office
      1801 California St., Suite 1600
      Denver, CO 80202
      Telephone: (303) 454-0100
      e-mail: Andrea.Surratt@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of April, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                               *s/Portia Peter*
                                               Legal Assistant
                                               United States Attorney's Office
                                               1801 California Street, Suite 1600
                                               Denver, CO 80202
                                               Telephone: 303-454-0100
                                               Email: Portia.peter@usdoj.gov