IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00153-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS FONG ECHAVARRIA,

    Defendant.

## GOVERNMENT'S MOTION PURSUANT TO U.S.S.G. § 3E1.1(b)

    The United States of America, by and through undersigned counsel, and in accordance with the plea agreement in this matter, hereby files a motion pursuant to U.S.S.G. § 3E1.1(b) as to defendant CARLOS FONG ECHAVARRIA in the above-captioned matter. As grounds therefore, the Government respectfully states to the Court as follows:

    1.    On August 10, 2022, the defendant pled guilty to Counts Three and Four of superseding indictment 20-cr-153-RBJ pursuant to the terms enumerated in a written plea agreement. [ECF #37-38]. Sentencing is scheduled for April 21, 2023. [ECF #55].

    2.    In accordance with the negotiated terms as contained within the plea agreement, the Government moves pursuant to U.S.S.G. § 3E1.1(b) for a one-level reduction in the defendant's offense level because the defendant timely notified the Government of his intent to plead guilty in this matter.

3.      The Government respectfully requests that the Court grant the Government's motion upon sentencing of the defendant.

WHEREFORE, as outlined herein, the United States respectfully moves as described herein as to defendant CARLOS FONG ECHAVARRIA.

Respectfully submitted this 21st day of April, 2023.

                                          COLE FINEGAN
                                          United States Attorney

By:   *s/ Andrea Surratt*
      Andrea Surratt
      Assistant United States Attorney
      U.S. Attorney's Office
      1801 California St., Suite 1600
      Denver, CO 80202
      Telephone: (303) 454-0100
      e-mail:  Andrea.Surratt@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of April, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

>  *s/Portia Peter*
>  Legal Assistant
>  United States Attorney's Office
>  1801 California Street, Suite 1600
>  Denver, CO 80202
>  Telephone: 303-454-0100
>  Email: Portia.peter@usdoj.gov