IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action:   20-cr-00153-RBJ-2 | Date:  April 21, 2023 |
| Courtroom Deputy:  Meghan Smotts | Court Reporter: Kevin Carlin |
| Interpreter:           Cathy Bahr | Probation:  Meaghan Mills |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA | *Andrea Surratt* |
| **Plaintiff** | |
| v. | |
| 2.  CARLOS FONG ECHAVARRIA | *Timothy O'Hara* |
| **Defendant** | |

### COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**      1:30 p.m.

Interpreter sworn.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   **[64]** Government's Motion is **GRANTED.**

   **[70]** Defendant's Motion **GRANTED IN PART and DENIED IN PART.**

        **[77]** Government's Motion to Dismiss Counts is **GRANTED.**

        **[78]** Government's Motion for Decrease for Acceptance of Responsibility is **GRANTED.**

**ORDERED:**  Defendant shall be **imprisoned** for **36 months** as to Count Three and Four of the Indictment to run concurrent on both counts.

        Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years** to run concurrent on both counts.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case.

Court RECOMMENDS that the Bureau of Prisons place the defendant at Safford, Arizona.

**ORDERED:**  **Standard/Mandatory/Discretionary Conditions** of Supervised Release, as stated on the record, including a **$100.00** Special Assessment fee, to be paid immediately.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days of entry of judgment.

**ORDERED:**  Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:**  2:56 p.m.          Hearing concluded.          Total time:     01:26