IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-00153-RBJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CARLOS FONG ECHAVARRIA,

      Defendant.

---

## NOTICE OF APPEARANCE

Pursuant to Colorado District Court General Order 2023-6, the Office of the Federal Public Defender, by and through undersigned counsel, enters its appearance in the above-captioned case.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


*/s/ John C. Arceci*
JOHN C. ARCECI
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, Colorado  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: John_Arceci@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2023, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ John C. Arceci*

JOHN C. ARCECI
Assistant Federal Public Defender