IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-00153-RBJ-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS FONG ECHAVARRIA,

    Defendant.

---

**UNOPPOSED MOTION TO RESTRICT ACCESS**

---

    Defendant Carlos Fong Echavarria, through undersigned counsel, respectfully requests that Docket Numbers 84 and 85 be filed under Level 2 restriction.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender

    */s/ John C. Arceci*
    JOHN C. ARCECI
    Assistant Federal Public Defender
    633 17th, Suite 1000
    Denver, Colorado 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Email: John_Arceci@fd.org
    Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 22, 2023, I electronically filed the foregoing *Unopposed Motion to Restrict Access* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                  */s/ John C. Arceci*
                                  JOHN C. ARCECI
                                  Assistant Federal Public Defender