AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
District of Colorado

United States of America
v.
Carlos Fong Echavarria

Case No: 1:20-cr-00153-RBJ-2
USM No: 60329-509

Date of Original Judgment: April 21, 2023
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

John C. Arceci
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  36 months as to each Cts. 3 and 4, concurrent  **is reduced to**  time served as to each Cts. 3 and 4, concurrent, effective February 1, 2024.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  April 21, 2023  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: January 5, 2024

*Judge's signature*

Effective Date: February 1, 2024

R. Brooke Jackson, Senior United States District Judge
*Printed name and title*