**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-00153-RBJ

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

     1.  DANIELE PULIA and
     2.  CARLOS FONG ECHAVARRIA,

      Defendants.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:     The clerk of court and all parties of record

      I hereby certify that I am a member in good standing of the bar of this

court, and I appear in this case as counsel for:

    United States of America

     DATED at Denver, Colorado this 10th day of January, 2024.

                    Julia Martinez
                        Name of Attorney
                    United States Attorney's Office
                         Firm Name
                    1801 California Street, Suite 1600
                        Office Address
                    Denver, CO, 80202
                      City, State, ZIP Code
                    303-454-0100
                      Telephone Number
                    Julia.Martinez@usdoj.gov
                      Primary CM/ECF E-mail Address

COLE FINEGAN
United States Attorney

By:    *s/ Julia Martinez*
       Julia Martinez
       Assistant United States Attorney
       U.S. Attorney's Office
       1801 California Street, Suite 1600
       Denver, CO 80202
       Telephone: 303-454-0100
       Fax:  303-454-0401
       E-mail: Julia.Martinez@usdoj.gov
       Attorney for Government

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **January 10, 2024**, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

By*: s/ Portia Peter*
PORTIA PETER
Legal Assistant
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail: Portia.Peter@usdoj.gov