IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00153-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    1. DANIELE PULIA,
    2. CARLOS FONG ECHAVARRIA

    Defendants.

## MOTION TO WITHDRAW

The United States of America, by Cole Finegan, United States Attorney for the District of Colorado, through Andrea Surratt, Assistant United States Attorney, hereby files its Motion to Withdraw as counsel of record and requests termination of electronic service in the above-captioned case. As grounds for this motion, the government states that AUSA Julia K. Martinez is counsel of record in this case, has filed an entry of appearance, and is receiving electronic notice.

    Dated this 2nd day of February, 2024.

1

Respectfully submitted,

Cole Finegan
United States Attorney


By: *s/ Andrea Surratt*
Andrea Surratt
Assistant United States Attorney
United States Attorney's Office
1801 California Street, #1600
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0401
E-mail: Andrea.Surratt@usdoj.gov
Attorney for the United States

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February, 2024, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification to all parties of record.

By: *s/Portia Peter*
Portia Peter
Legal Assistant
United States Attorney's Office
1801 California Street, #1600
Denver, Colorado 80202